THE HON. JOHN H. CHUN
TRIAL DATE: 04/24/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE A. KESTERSON and JUSTIN KESTERSON, wife and husband and the martial community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:22-cv-00448 JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTED FOR: 08/31/2022 |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATED MOTION AND ORDER OF DISMISSAL
(Cause No. 2:22-cv-00448 JHC) – 1
JMS1379.956/4209618X

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 31st day of August, 2022

        s/ T. Jeffrey Keane (per electronic authorization)
T. Jeffrey Keane, WSBA # 8465
Keane Law Offices
100 NE Northlake Way, Suite 200
Seattle, WA 98105
206-438-3737 T | 206-632-2540 F
tjk@tjkeanelaw.com
Attorneys for Plaintiffs

        s/ John M. Silk
John M. Silk, WSBA No. 15035
Wilson Smith Cochran Dickerson
1000 Second Ave., Suite 2050
Seattle, WA 98104
(206) 623-4100 T | (206) 623-9273 F
silk@wscd.com
Attorneys for Defendant

**ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 31st day of August, 2022.


Hon. John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:22-cv-00448 JHC) – 2
JMS1379.956/4209618X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**<u>Attorney for Plaintiffs</u>**
T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Suite 200
Seattle, WA 98105
tjk@tjkeanelaw.com
dmp@tjkeanelaw.com

**SIGNED** this 31st day of August, 2022, at Seattle, Washington.

<u>   s/ Traci Jay                    </u>
Traci Jay

---

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:22-cv-00448 JHC) – 3
JMS1379.956/4209618X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273